1 | NVB 105-8 (Effective 1/17)

2 | Attorney: Janice Jacovino Esq.
Nevada Bar # 11612
3 | Firm Name: Lonardo & Jacovino, LLC
Address: 7811 W Charleston Blvd. St
4 | City, State, Zip: Las Vegas, NV 89117
Phone Number: 702-998-1188
5 | Email Address: info@ljlawlv.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

* * * * * *

In re: ) BK-S-17-13671-mkn
)
Haig Boghossian and )
Sandra Boghossian ) CHAPTER 13
)
) **FINAL REPORT OF MORTGAGE**
) **MODIFICATION MEDIATION**
Debtor(s). ) **PROGRAM MEDIATOR**

The undersigned Mortgage Modification Mediation ("MMM") Program Mediator reports to the Court as follows:

A. MMM proceedings were commenced in this case involving the following parties:

1. [✓] The Debtor [and Debtor's attorney], Boghossians & M. Harker Esq.

2. [ ] The co-obligor/co-borrower/or other third party, _____

3. [✓] The Lender's representative, Seterus- Kevin Foster

   and Lender's attorney, Micheal Asrtourian Esq.

4. [ ] Other: _____

B. The MMM proceedings resulted in the following:

1. [ ] The parties settled prior to attending.

2. [ ] The case was dismissed.

- 1 -

3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.

4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.

5. [✓] The parties reached an agreement:

    [ ]    The parties agreed to a Final Loan Modification agreement.

    [✓]    Other: Parties agreed to the offered trial modification.

6. [ ] The parties did not reach an agreement.

Dated: 12.29.2017

Signature of Mediator
Print name: Janice Jacovino Esq.
Address: 7881 W Charleston Blvd.
Suite 160
Telephone: 702-998-1188
Email: info@ljlawlv.com

- 2 -