1 | NVB 105-8 (Effective 1/17)

2 | Attorney  Janice Jacovino, Esq.
Nevada Bar #   11612
3 | Firm Name   Lonardo & Jacovino, LLC
Address   7881 W Charleston Blvd.
4 | City, State, Zip   Las Vegas, NV 89178
Phone Number   702-998-1188
5 | Email Address   info@ljlawlv.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

\* \* \* \* \* \*

In re:                                        ) BK-S- 17-13671-mkn
                                              )
HAIG BOGHOSSIAN and SANDRA   ) CHAPTER 13
BOGHOSSIAN                             )
                                              )
                                              ) **FINAL REPORT OF MORTGAGE**
                                              ) **MODIFICATION MEDIATION**
                    Debtor(s).            ) **PROGRAM MEDIATOR**

The undersigned Mortgage Modification Mediation ("MMM") Program Mediator reports to the Court as follows:

A. MMM proceedings were commenced in this case involving the following parties:

   1. [✓] The Debtor [and Debtor's attorney],  Debtors & M Harker Esq.

   2. [ ] The co-obligor/co-borrower/or other third party, _____

   _____

   3. [✓] The Lender's representative,  Investor: PRP- Julie O'Hare

        and Lender's attorney,  Allison Schmidt Esq.

   4. [ ] Other: _____

B. The MMM proceedings resulted in the following:

   1. [ ] The parties settled prior to attending.

   2. [ ] The case was dismissed.

3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.

4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.

5. [ ] The parties reached an agreement:

    [ ]    The parties agreed to a Final Loan Modification agreement.

    [ ]    Other: _____.

6. [✓] The parties did not reach an agreement.

Dated: 11.8.2019

Signature of Mediator
Print name: Janice Jacovino, Esq.
Address: 7881 W Charleston Blvd.
Suite 160
Telephone: 702.998.1188
Email: info@ljlawlv.com

- 2 -